## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| | CASE: 17-60965MP |
| vs. | Citizenship: GUATEMALA |
| Rafael Luis-Sales | DOA: 09/22/2017 |
| YOB: 1972 | |

    I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about September 22, 2017, near San Luis, Arizona in the District of Arizona, Defendant Rafael LUIS-Sales, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

    The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Guatemala and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near San Luis, Arizona on September 22, 2017.

File Date: 09/25/2017

at Yuma, Arizona

Brian Ramos, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 09/25/2017

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: 104202RB6

Magistrate Information Sheet

Complaint: Rafael Luis-Sales

Criminal History: NONE

Immigration History: NONE